

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2019

No. 04-19-00236-CV

**IN RE GUARDIANSHIP OF CHARLES INNESS THRASH, AN ADULT,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017PC2912
Honorable Oscar J. Kazen, Judge Presiding

## O R D E R

The Appellees' Unopposed Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to July 29, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court